UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Proceeding |
| | ) | |
| KOREY DION DAVIS, | ) | CASE NO. 21-04090 |
| | ) | |
| Debtor. | ) | Hon. LaShonda A. Hunt |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Friday, July 16, 2021, at 9:15 a.m.**, I shall appear before the   Honorable LaShonda A. Hunt, Bankruptcy Judge or before any other Bankruptcy Judge who may be sitting in her place and shall present the **U.S. Trustee's MOTION FOR AN EXTENSION OF TIME TO OBJECT TO DISCHARGE AND TO FILE MOTION TO DISMISS,** a copy of which is attached and served on you.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, (1) use this link: https://www.zoomgov.com/join. (2) Enter the meeting ID 161 165 5696. (3) Enter the passcode 7490911

**To appear by telephone**, (1) call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. (2) Enter the meeting ID 161 165 5696. (3) Enter passcode 7490911.

**When prompted identify yourself by stating your full name.**

**To reach Judge Hunt's web page** go to www.ilnb.uscourts.gov and click on the tab for Judges.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may call the matter regardless.

>  */s/ Roman L. Sukley*
>  Roman L. Sukley, Attorney
>  OFFICE OF THE U.S. TRUSTEE
>  219 South Dearborn Street, Room 873
>  Chicago, Illinois 60604
>  (312) 886-3324

## CERTIFICATE OF SERVICE

    I, Roman L. Sukley, an attorney, certify that I served a copy of this notice, the attached motion, and proposed order on each entity shown on the attached list at the address shown and by the method indicated on July 6, 2021, before 5:00 p.m.

                                                 */s/ Roman L. Sukley*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Joji Takada    trustee@takadallc.com, IL74@ecfcbis.com

**Parties Served via First Class Mail:**

Korey Dion Davis
444 Milbrook
Yorkville, IL   60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Proceeding |
| | ) | |
| KOREY DION DAVIS, | ) | CASE NO. 21-04090 |
| | ) | |
| Debtor. | ) | Hon. LaShonda A. Hunt |

**MOTION OF THE UNITED STATES TRUSTEE FOR AN EXTENSION OF
TIME TO OBJECT TO DISCHARGE AND TO FILE MOTION TO DISMISS**

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois, by his attorney, Roman L. Sukley, and pursuant to 11 U.S.C. § 727(c)(1) and Fed. R. Bankr. P. 4004(b), hereby requests this Court to grant an extension of time to object to the discharge of Korey Dion Davis (the "Debtor"), and to file a motion dismiss the Debtor's case for abuse pursuant to 11 U.S.C. § 707(b) and Fed. R. Bankr. P. 1017(e)(1) or for cause under 707(a). In support of this request, the U.S. Trustee states as follows:

1. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine under IOP 15(a) and LR40.3.1(a) of the United States District Court for the Northern District of Illinois and Local Rule 9013-9.

2. Movant is the United States Trustee for the Northern District of Illinois and brings this motion under Fed. R. Bankr. P. 2004.

3. On March 30, 2021, the Debtor filed his voluntary petition for relief Chapter 7 of the Bankruptcy Code. On or about that same time, Joji Takada was appointed Chapter 7 Trustee in the Debtor's case (the "Chapter 7 Trustee").

4. The last date to object to the Debtor's discharge or to file a motion to dismiss his case under § 707 is currently set for July 6, 2021.

5. Debtor's Schedule E/F lists a total of $121,993.54 in nonpriority unsecured debt.

6. Debtor's Schedule I lists that he is self-employed and earns $4,000 in monthly gross income. Schedule I also lists net monthly income of $4,000. Schedule J lists monthly expenses in the amount of $4,575.

7. The Debtor's Statement of Financial Affairs, question 4, does not list any income during this year or the two previous calendar years.

8. The Meeting of Creditors was originally scheduled for May 4, 2021 and was continued to and held on June 8, 2021. The Meeting was continued to July 27, 2021 in order for the Debtor to provide documents to the Trustee.

9. The U.S. Trustee requests additional time to investigate the veracity and completeness of Debtor's petition, schedules, statement of financial affairs, and testimony given at the 341 Meeting in order to determine whether cause exists to file an objection to his discharge pursuant to Section 727(a) or a motion to dismiss Debtor's case pursuant to Section 707.

WHEREFORE, the U.S. Trustee requests this Court to extend the date to object to the Debtor's discharge pursuant to 11 U.S.C. § 727(a) and for filing a motion to dismiss the Debtor's case under § 707 through and including October 4, 2021, and for such other relief as this Court deems just.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: July 6, 2021          By: /s/ Roman L. Sukley
                                  Roman L. Sukley, Attorney
                                  OFFICE OF THE U.S. TRUSTEE
                                  219 South Dearborn Street, Room 873
                                  Chicago, Illinois   60604
                                  (312) 886-3324